AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. 922(g)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Imprisonment: 10 years
Maximum Fine: $250,000
Supervised Release: 3 years
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
FEB 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ Kevin Greene

DISTRICT COURT NUMBER
CR 19-0101 PJH

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
_____

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form    Christiaan H. Highsmith
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Christiaan H. Highsmith

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Alameda County

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   } If "Yes" give date filed _____
                         ☐ No

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court
## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

**FILED**
FEB 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PJH

UNITED STATES OF AMERICA,

V.

**CR19 * 0101**

KEVIN GREENE, a/k/a "K.I.",



DEFENDANT(S).

## INDICTMENT

VIOLATIONS:

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
18 U.S.C. § 924(d) - Forfeiture of Firearm and Ammunition

_____
A true bill.

_____
                    Foreman

Filed in open court this 28th day of
Feb, 2019.

_____
                    Clerk

Bail, $ No bail arrest warrant

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney



FILED

FEB 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR19-0101 |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d) – Forfeiture of Firearm and Ammunition |
| v. | ) |
| KEVIN GREENE, a/k/a "K.I.," | ) OAKLAND VENUE |
| Defendant. | )  |

INDICTMENT

The Grand Jury charges:

(18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

1. On or about September 1, 2018, in the Northern District of California, the defendant,

KEVIN GREENE,
a/k/a "K.I.,"

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, specifically, a Glock, Model 30S, .45 caliber, semi-automatic handgun bearing serial number BCUP783, in and affecting interstate and foreign commerce.

INDICTMENT

1

All in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d) – Forfeiture of Firearm and Ammunition)

2. The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

3. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, the defendant,

KEVIN GREENE,<br>a/k/a "K.I.,"

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to a Glock, Model 30S, .45 caliber, semi-automatic handgun bearing serial number BCUP783, and all ammunition in or seized with the Glock, Model 30S, .45 caliber, semi-automatic handgun on or about September 1, 2018.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//
//
//

INDICTMENT

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

DATED: Feb. 28, 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
STEPHEN MEYER
Chief, Organized Crime Strike Force

(Approved as to form: _____
AUSA Highsmith

INDICTMENT

3